Received at: 10:22AM, 1/21/2011

*Cheryl fowuer*

Jan. 21. 2011  3:21PM

No. 6372   P. 1

165 MILL ST
LEOMINSTER, MA 01453
Phone: 978-466-3333
Fax: 978-466-3241


**FALLON CLINIC**

# Fax

**To:** Tina                           **From:** Jennifer
                                        MEDICAL SPECIALTIES — *Rheumatology*

**Fax:** 978-343-0839                   **Date:** 1-21-11

**Phone:**                              **Pages:** 5

**Re:**                                 **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

•**Comments:**

_____

_____

_____

_____

_____

_____

The information contained in the facsimile message, is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

If you received this information in error, please notify us immediately by telephone. (see above)

Received at: 10:22AM, 1/21/2011

.Jan. 21. 2011  3:22PM·                                                                No. 6372   P.  2

Certification of Health Care Provider for
Employee's Serious Health Condition
(Family and Medical Leave Act)

**U.S. Department of Labor**
Employment Standards Administration
Wage and Hour Division


U.S. Wage and Hour Division

OMB Control Number: 1215-0181
Expires: 12/31/2011

### SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer
may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to
submit a medical certification issued by the employee's health care provider. Please complete Section I before giving
this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask
the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308.
Employers must generally maintain records and documents relating to medical certifications, recertifications, or
medical histories of employees created for FMLA purposes as confidential medical records in separate files/records
from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities
Act applies.

Employer name and contact: _____

Employee's job title: _____*CALL Center*_____   Regular work schedule: _____

Employee's essential job functions: _____

_____

Check if job description is attached: _____

### SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical
provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical
certification to support a request for FMLA leave due to your own serious health condition. If requested by your
employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613,
2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA
request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R.
§ 825.305(b).

Your name: __*Susan*___   __*J.*___   __*Trainor*___
                First                     Middle                        Last

### SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA.
Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or
duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical
knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime,"
"unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the
condition for which the employee is seeking leave. Please be sure to sign the form on the last page.

Provider's name and business address: __*Alice A Williams, MD   165 mill st   Leominster, MA*__
                                                                                                                        *Falcon clinic*                    *01453*

Type of practice / Medical specialty: __*Rheumatology*_____

Telephone: ( *978* ) *466 - 3333*          Fax:( *978* ) *466 - 3241*

PART A: MEDICAL FACTS

1. Approximate date condition commenced: *approximately October 2009*

Probable duration of condition: *Chronic condition – indeterminate.*

Mark below as applicable:
Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
___No ___ Yes. If so, dates of admission:

Date(s) you treated the patient for condition:

*10/7/10 initial visit – to present*

Will the patient need to have treatment visits at least twice per year due to the condition? ___No ✓Yes.

Was medication, other than over-the-counter medication, prescribed? ___No ✓Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No ___Yes. If so, state the nature of such treatments and expected duration of treatment:

2. Is the medical condition pregnancy? ✓No ___Yes. If so, expected delivery date: _____

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___No ✓Yes. *at times*

If so, identify the job functions the employee is unable to perform:
*When hands are problematic she may be unable to type.*

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

*Patient has an inflammatory arthritis which causes pain & swelling in her joints. During times of flares it may interfer with their ability to work. This also causes secondary Irritable bowel syndrome,*

Received at: 10:22AM, 1/21/2011

Jan. 21. 2011  3:23PM                                              No. 6372   P. 4

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ___Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: _____

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ✓Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ___Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:

   appointment for reevaluation may be every 2 months

   Estimate the part-time or reduced work schedule the employee needs, if any:

   _____ hour(s) per day; _____ days per week from _____ through _____

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ___No ✓Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ____ No ✓Yes. If so, explain:

   pain & swelling will interfer with her ability to work

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

   Frequency: _1_ times per _1_ week(s) _6_ month(s)

   Duration: _____ hours or _1_ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER:

   #6 — patient may have to come in during office hours for an injection for therapy

_____

_____

Received at: 10:22AM, 1/21/2011

Jan. 21. 2011  3:23PM                                                 No. 6372   P. 5

_(blank lined form area)_

**A.A.S.Williams MD**        **1/20/11**

Signature of Health Care Provider                    Date

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**
If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29
C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB
control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this
collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining
the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden
estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the
Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC
20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

Page 4                                                               Form WH-380-E Revised January 2009