CONFIDENTIAL

TO: Susan Trainor, Staff Assistant

FROM: Karen Cordio, Program manager

DATE: January 26, 2011

RE: Tardiness

This memo is a follow up to our conversation today regarding your consistent tardiness. After running reports on staff log in times it appears that since December 1, 2010 to date today you have been tardy all but 3 days. As you are aware the call center is extremely busy and all staff are expected to be on time and ready to work at their assigned times.

I have spoken to you in the past regarding this same issue and you informed me that you were not always able to make it on time everyday due to your medical issues and that you were working on trying to correct it. Today you received your approval to use FMLA and were under the impression that this would cover you for lateness in the mornings. After speaking to Donna, your FMLA form does not indicate that you must be late for work every day. Therefore, I expect for you to be in and available to start answering phones at your scheduled 8:00am assigned time each morning.

This memo serves as a verbal warning and will be part of your personnel file.

C: Donna Landry, Human Resource/Director of Operation

Cheryl Montuori, Program Director