CONFIDENTIAL

INTEROFFICE MEMO

TO:     Susan Trainor

FROM:  Donna Landry, Director of Operations/HR

DATE:   January 28, 2011

RE:     FMLA Clarification

In follow up to our discussion yesterday, you indicated that you may need to use FMLA to come to work late or leave early, possibly on a daily basis and that is what was meant by what your physician wrote in your certification.  This is inconsistent with what was actually written.  Please have your physician clarify what she anticipates your need for leave will be, in writing and return to me by February 8, 2011.