165 MILL ST
LEOMINSTER, MA 01453
Phone: 978-466-3333
Fax: 978-466-3241

**FALLON CLINIC**



To: Donna Landry          From:
                          MEDICAL SPECIALTIES

Fax: 978-345-9867         Date: 2/10/11

Phone:                    Pages: 2

Re: Susan Trainer         CC:

☐ Urgent  ☒ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Comments: Addendum to FMLA

The information contained in the facsimile message is privileged and confidential information intended for the use of the addressee listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this information to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or taking of any action on the content of this telecopied information is strictly prohibited.

If you received this information in error, please notify us immediately by telephone. (see above)



Treating you well.

2/10/2011

RE:
Susan J Trainor
44 Penobscott Ave
Hubbardston MA 01452

Susan Trainor is under my care for an Inflammatory Arthritis which causes pain and swelling in her joints. This also causes secondary Irritable Bowel Syndrome. During times of flares her symptoms may interfere with her ability to work. These symptoms may also cause her to be late for work or require that she leave early.
Susan may require to be out of work for a total of up to 3 full working days per week when flares are severe.

Sincerely,

*Alice Williams MD*

Alice A. Williams, MD
LEOMINSTER RHEUMATOLOGY
165 Mill St
Leominster MA 01453
Dept Phone: 978-466-3333