**Donna Landry**

**From:** Susan Trainor [strainor@mrta.us]
**Sent:** Friday, May 27, 2011 2:50 PM
**To:** dlandry@mrta.us
**Subject:** RE:

I have tried to reach you a few times today because I know my fmla is ending soon and my concern is that I wont have sick time for upcoming appts for the next 6 months. I had talked to you about a month ago regarding the new plan from the doctors about going thru the weight loss program and that some appts were during work hrs and also I spoke with Karen because the meds seem to be helping with pain but the situation about the side effects in the morning will prob be permanent so I needed to know if without the fmal how that was going to effect me and I was told that after the fmla there wasn't much she could do...So my understanding of this would be if im tardy I will be let go...if im wrong please let me know....I am hoping that mart will reconsider their decision and work with me...again I would prefer NOT to go part time and I am hoping that if I come in late I can make up my time at the end of the day or if im unable to do so because of doc appts that I can take the loss of pay without it leading to termination..We are talking about a time frame of 5 mins to 45 mins and im also not sure if im covered by this under the disability act after fmla or not.

**From:** Donna Landry [mailto:dlandry@mrta.us]
**Sent:** Friday, May 27, 2011 1:53 PM
**To:** strainor@mrta.us
**Subject:**

Sue-

I had a brief discussion with Karen today relative to some questions about possibly reducing your work hours due to a disability. Can you provide me in writing exactly what you are looking for?

Thanks,

Donna

Donna Landry
Director of Operations/HR
MART
1427R Water Street
Fitchburg, MA 01420
978.345.7711 x2250
dlandry@mrta.us

1