**Donna Landry**

From: Susan Trainor [strainor@mrta.us]
Sent: Wednesday, June 01, 2011 11:35 AM
To: dlandry@mrta.us
Subject: RE:

Hi Donna I just tried to call you and most days I would not have a problem except there are a lot of days that I have doctor appts at 4:30 so I would not be able to stay , I would sometimes have advanced notice so I could come in at 8 but on the days that they give next day notice or same day notice I need to know how you want to handle that..Also I need to know what information you came up with on the disability issue seeing that I may use more sick time then what mart allows and I need to know how that will be handled as well ...thank you Susan

From: Donna Landry [mailto:dlandry@mrta.us]
Sent: Wednesday, June 01, 2011 11:29 AM
To: strainor@mrta.us
Subject: RE:

Sue-

In review of your leave it appears that you generally get to work by 8:30.   Therefore, after discussing this with the Administrator, we would be able to change your hours from 8:30 to 4:30 or 9:00 to 5:00 to accommodate your need. This should reduce the amount of FMLA hours you would may need to use.   I am in the process of calculating your FMLA leave and I will send you an update asap.

Donna

From: Susan Trainor [mailto:strainor@mrta.us]
Sent: Friday, May 27, 2011 2:50 PM
To: dlandry@mrta.us
Subject: RE:

I have tried to reach you a few times today because I know my fmla is ending soon and my concern is that I wont have sick time for upcoming appts for the next 6 months. I had talked to you about a month ago regarding the new plan from the doctors about going thru the weight loss program and that some appts were during work hrs and also I spoke with Karen because the meds seem to be helping with pain but the situation about the side effects in the morning will prob be permanent so I needed to know if without the fmal how that was going to effect me and I was told that after the fmla there wasn't much she could do...So my understanding of this would be if im tardy I will be let go...if Im wrong please let me know.....I am hoping that mart will reconsider their decision and work with me...again I would prefer NOT to go part time and I am hoping that if I come in late I can make up my time at the end of the day or if im unable to do so because of doc appts that I can take the loss of pay without it leading to termination..We are talking about a time frame of 5 mins to 45 mins and Im also not sure if im covered by this under the disability act after fmla or not.

From: Donna Landry [mailto:dlandry@mrta.us]
Sent: Friday, May 27, 2011 1:53 PM
To: strainor@mrta.us
Subject:

Sue-

I had a brief discussion with Karen today relative to some questions about possibly reducing your work hours due to a disability.  Can you provide me in writing exactly what you are looking for?

1

Thanks.

Donna

Donna Landry
Director of Operations/HR
MART
1427R Water Street
Fitchburg, MA 01420
978.345.7711 x2250
dlandry@mrta.us