Donna Landry

**From:** Susan Trainor [strainor@mrta.us]
**Sent:** Monday, July 11, 2011 10:57 AM
**To:** dlandry@mrta.us
**Subject:** RE: STRAINOR FMLA BALANCE.xlsx

Thank you Donna, I received the time and I will figure out how much I have left. I know that when we last spoke I had mentioned the social worker had told me whatever had been approved for the fmla was now what would cover me under the disability law and you responded yes that was true but when I was out and you were out, I was unsure if I had fmla left and I was told none ever told Karen or Cheryl what would happen when the fmla ran out. Also at this point when I am out I am required to write fmla, when this runs how, how is it to appear on my time sheets? Do I write disability???

**From:** Donna Landry [mailto:dlandry@mrta.us]
**Sent:** Wednesday, July 06, 2011 3:10 PM
**To:** strainor@mrta.us
**Subject:** STRAINOR FMLA BALANCE.xlsx

Sue-

As per your request, I have attached a summary of your FMLA balances up to your last completed timesheet of the week ending June 17, 2011.

As per our last discussion relative to what will happen after your FMLA leave has been exhausted, MART will work with you at that time regarding an ADA reasonable accommodation, if necessary.

Donna

Donna Landry
Director of Operations/HR
MART
1427R Water Street
Fitchburg, MA 01420
978.345.7711 x2250
dlandry@mrta.us

1