MONTACHUSETT AREA REGIONAL TRANSIT

Administrator
Mohammed H. Khan

MONTACHUSETT REGIONAL TRANSIT AUTHORITY
1427R Water Street, Fitchburg, Massachusetts 01420
(978)345-7711 - 1-800-922-5636 - FAX: (978) 345-9867

Member Communities
Fitchburg
Leominster
Gardner
Ashburnham
Shirley
Ayer
Lancaster
Sterling
Hubbardston
Royalston
Littleton
Winchendon
Ashby
Templeton
Westminster
Hardwick
Lunenburg
Harvard
Bolton
Boxborough
Stow

July 12, 2011

Susan Trainor
44 Penobscott Ave.
Hubbardston, MA 01452

Dear Ms. Trainor:

After receiving two verbal warnings on January 26, 2011 and March 4, 2011, you were issued written warnings on March 8 and April 6, 2011 regarding your failure to follow MART's call out policy by not calling in to inform your supervisor you would be late. On Friday, July 8th you did not call in until 8:43 a.m. when your report time is 8:00 a.m., this is in violation of MART's policy which states "Employees are expected to telephone a Supervisor each day or partial day they are out sick prior to their scheduled report time" Because of your failure to properly inform us of your absence on several occasions and ignoring the warnings given by your supervisor, your employment with MART is hereby terminated with immediate effect.

Enclosed is your final paycheck # 9200 dated July 12, 2011 2010 which includes 52.5 hours regular pay, and 10.71 hours vacation leave pay. An additional 37.5 hours of notification pay is included.

Your life and disability group insurance benefit will be discontinued effective July 13, 2011 at 12:01 a.m. You may purchase an individual policy of life insurance from The Standard within the 31-day conversion period after your insurance cancellation by MART. If elected, you must apply for a new policy with The Standard by calling 1-800-253-9929 and refer to group number 122834.

Please contact Michael Farmer at 508-926-1441 to discuss your options regarding your Pacific Life 401 (a) Retirement Plan.

Regarding your deferred compensation Great West is being notified by MART of your final day of employment.

A copy of the Massachusetts Unemployment Insurance Benefits information Form 0590-A is attached.

Sincerely,

Mohammed H-Khan

Mohammed Khan
Administrator

Cc    Personnel File
       Susan Gallien, Chief Financial Officer
       Donna Landry, Director of Operations/HR
Enc.